# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | CARLOS RAMON & EVA MARIE FONTES |
| **Case Number:** | 4:08-BK-13133-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 07, 2010 02:00 PM   COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE:REAL PROPERTY, 6385 S. COWPOKE DR., TUCSON, AZ 85757 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF HSBC BANK USA, NATIONAL ASSOCIATION .

**R / M #:** 54 / 0

## Appearances:

CRIAG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE, Appearing by telephone
RONALD RYAN, ATTORNEY FOR CARLOS RAMON FONTES, EVA MARIE FONTES
LEONARD J. MCDONALD, ATTORNEY FOR HSBC BANK, Appearing in Phoenix

## Proceedings:

Mr. Morris believes this plan has been confirmed.

COURT:  THE HEARING IS CONTINUED TO A ONE-MINUTE FINAL ON THURSDAY, FEBRUARY 11, 2010 AT AT 2:00 P.M.