**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Dated: February 23, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-62189

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Carlos Ramon Fontes and Eva Marie Fontes<br>      Debtors.<br>_____<br>HSBC Bank USA, National Association<br>      Movant,<br>  vs.<br><br>Carlos Ramon Fontes and Eva Marie Fontes,<br>Debtors; Dianne C. Kerns, Trustee.<br><br>      Respondents. | No. 4:08-bk-13133-EWH<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #54) |

      This matter having come before the Court for a Preliminary Hearing on February 11, 2010, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Ronald Ryan, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated November 16, 2006, and recorded in the office of

the Pima County Recorder wherein HSBC Bank USA, National Association is the current beneficiary and Carlos Ramon Fontes and Eva Marie Fontes have an interest in, further described as:

    Lot 89 of TUCSON MOUNTAIN RANCH, a subdivision of Pima County, Arizona, according to the plat of record in the office of the Pima County Recorder in Book 56 of Maps and Plats at Page 6 thereof.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.